IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN CHRISTOPHER KINCY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-0689 |
| | § | |
| BRAD LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, DOUG DRETKE, DIRECTOR, CORRECTIONAL INSTITUTIONS DIVISION, TEXAS DEPARTMENT OF JUSTICE, CHARLES O'REILLY, SENIOR WARDEN, HUNTSVILLE UNIT, HUNTSVILLE, TEXAS, and UNKNOWN EXECUTIONERS, | § § § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Defendants' Motion to Dismiss (Document No. 4) is GRANTED, and Plaintiff Kevin Christopher Kincy's Original Complaint (Document No. 1) is DISMISSED with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas on this 14th day of March, 2006.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE